**11 CIV. 1041**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdoul Hass Clake Robinson
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Harris of the NYPD
of Queens Central Booking and
Several John Doe Police Officers
of Queens Central booking at the
time of 11-3-10 1:50 am, N.Y.P.D
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Abdoul Robinson 441-10 11664
ID #   441-10 11664
Current Institution   C.B.CC 1
Address   1600 Hazen st   East Elmhurst N.Y 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  N.Y.PO Officer Harris    Shield #_____
Where Currently Employed  Queens Central Booking
Address  126-01 Queens Blvd

Defendant No. 2    Name  John Doe    Shield #_____
Where Currently Employed  Queens Central booking
Address  125-01 Queen Blvd

Defendant No. 3    Name  John Doe    Shield #_____
Where Currently Employed  Queens Central Booking
Address _____

Defendant No. 4    Name  John Doe    Shield #_____
Where Currently Employed  Queens Central Booking
Address _____

Defendant No. 5    Name  J    Shield #_____
Where Currently Employed _____
Address _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  Queens Central booking

B.    Where in the institution did the events giving rise to your claim(s) occur?  In the Holding Cells

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
November 3rd 2010 1:50 am

**D.    Facts:** On 11-3-10 at approximately 1:50 am I was assaulted by N.Y.P.D Officer Harris and several other N.Y.P.D Officers in the Queens Central booking holding Cell.

*[margin: What happened to you?]*

Officer Harris hit me in the my head with his handcuffs and other N.Y.P.D Officers Punched and kicked me.

*[margin: Who did what?]*

*[margin: Was anyone else involved?]*

Other inmates that was in the holding cell who names I dont know.

*[margin: Who else saw what happened?]*

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I sustained a gash in my head which was stapled and bruises to my face. I went to the hospital and received 3 staples to my head.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

*Rev. 05/2007*                                         3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Queens Central Booking_

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No ~~✗~~    Do Not Know ✓

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No ✗    Do Not Know ✓

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_Because I did not know there was a_
_grievance procedure at Central Booking_

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: I informed Internal Affairs the day of the incident and have not yet received a response.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want the officers involved to be brought up on charges and I want to be compensated $10,000,000. dollars for the physical and mental anguish, pain and suffering that I am experiencing because of officer Harris and other N.Y.P.D. officers assault on me.

VI.  **Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.  Court (if federal court, name the district; if state court, name the county) _____
_____

    3.  Docket or Index number _____

    4.  Name of Judge assigned to your case _____

    5.  Approximate date of filing lawsuit _____

    6.  Is the case still pending?  Yes _____  No _____

        If NO, give the approximate date of disposition _____

    7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.  Court (if federal court, name the district; if state court, name the county) _____
_____

    3.  Docket or Index number _____

    4.  Name of Judge assigned to your case _____

    5.  Approximate date of filing lawsuit _____

    6.  Is the case still pending?  Yes _____  No _____

        If NO, give the approximate date of disposition _____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of January , 2011.

Signature of Plaintiff    _Abdoul Robinson_

Inmate Number    _441-10-11664_

Institution Address    _O.B.B.C_

_1600 Hazen st._

_E Elmhurst N.Y 11370_

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 27 day of January , 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _Abdoul Robinson_